1 | STEVEN H. GURNEE, ESQ. SB# 66056
DAVID M. DANIELS, ESQ. SB# 170315
2 | NICHOLAS P. FORESTIERE, SB# 125118
JOHN A. MASON, ESQ. SB# 166996
3 | GURNEE & DANIELS LLP
2240 Douglas Boulevard, Suite 150
4 | Roseville, CA  95661-3805
Telephone    (916) 797-3100
5 | Facsimile    (916) 797-3131

6 | Attorneys for Defendants

7 | ALDERWOODS GROUP, INC., PAUL
HOUSTON, SERVICE CORPORATION
8 | INTERNATIONAL, SCI FUNERAL AND
CEMETERY PURCHASING COOPERATIVE,
9 | INC., SCI EASTERN MARKET SUPPORT
CENTER, L.P., SCI WESTERN MARKET
10 | SUPPORT CENTER, L.P. and SCI HOUSTON
MARKET SUPPORT CENTER, L.P.

11 |

12 |

13 | UNITED STATES DISTRICT COURT

14 | NORTHERN DISTRICT OF CALIFORNIA

15 |

16 |

17 | WILLIAM HELM, et al., on behalf of          )  **CASE NO.  3:08-cv-01184  SI**
themselves and all other employees and former )
18 | employees similarly situated,                )
                                             )  **[PROPOSED] ORDER STIPULATION OF**
19 |              Plaintiffs,                   )  **DISMISSAL**
                                             )
20 |       vs.                                 )
                                             )
21 | ALDERWOODS GROUP, INC. et al.            )
                                             )
22 |              Defendants.                  )
                                             )
23 | _____ )

24 |

25 |     Pursuant to the Stipulation of counsel and good cause appearing, the Court orders as

26 | follows:

27 |     1.    Pursuant to Fed. R. Civ. P. 41(a), Plaintiffs voluntarily dismiss their claims against

28 | Service Corporation International, SCI Funeral and Cemetery Purchasing Cooperative, Inc., SCI

[PROPOSED] ORDER STIPULATION OF DISMISSAL                                    1
Case No.:  3:08-CV-01184 SI

Eastern Market Support Center, L.P., SCI Western Market Support Center, L.P., SCI Houston Market Support Center, L.P. and Paul A. Houston (collectively "non-Alderwoods Defendants") without prejudice.

2.    If Alderwoods is found liable for damages in this action and all avenues of appeal have been exhausted and Alderwoods is required but unable to pay such damages, Plaintiffs may amend the Complaint in this action, even after jury verdict and appeals therefrom, to allege that SCI, SCI Funeral and Cemetery Purchasing Cooperative, Inc., SCI Eastern Market Support Center, L.P., SCI Western Market Support Center, L.P., SCI Houston Market Support Center, L.P. and Paul A. Houston are successors in interest to Alderwoods and liable to pay the damages, attorney's fees, and costs awarded against Alderwoods.  The parties would be afforded a reasonable time to conduct discovery on this issue.

3.    Defendants do not waive any defenses or arguments that may be available to them, except that Defendants will not raise any defenses of timeliness or jurisdiction based on time that passes from entry of this Stipulation through the deadline for amending the Complaint as set forth below; and Plaintiffs do not waive any arguments that any claims against Defendants relate back to the initial filing of the Complaint.

4.    Any amendment to the Complaint under this Stipulation and Order shall be filed within 30 days after the date that Alderwoods fails to pay any judgment that stands against it after all avenues of appeal have been exhausted.

5.    Plaintiffs withdraw their motion to compel pertaining to personal jurisdiction discovery (Docket No. 128), as the motion is rendered moot by Plaintiffs' voluntary dismissal of their claims against the non-Alderwoods Defendants in this action.  Plaintiffs' withdrawal of their motion to compel in the instant action, however, has no impact upon their motion to compel also filed in the related action *Bryant, et al. v. SCI, et al.,* Case No. 08-1190-SI (Docket No. 117), which is unaffected by the instant Stipulation and Order and remains pending before this Court.

1

**IT IS SO ORDERED:**

2

_____

The Honorable Susan Illston

3

4

**AGREED TO:**

5

6    /s/ Annette Gifford                          /s/ Nicholas P. Forestiere
     Dolin, Thomas & Solomon LLP                  Gurnee & Daniels LLP
7    693 East Avenue                              2240 Douglas Boulevard, Suite 150
     Rochester, New York 14607                    Roseville, California 95661
8    Telephone:  (585) 272-0540                   Telephone:  (916) 797-3100

9    Attorneys for Plaintiffs                     Attorneys for Defendants

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER STIPULATION OF DISMISSAL                                    3
Case No.:  3:08-CV-01184 SI