1 BURNHAM BROWN
Robert M. Bodzin, State Bar No. 201327
2 P.O. Box 119
Oakland, CA 94604
3 Telephone: (510) 835-6833
Facsimile: (510) 835-6666
4 rbodzin@BurnhamBrown.com

5 Attorneys for Plaintiffs

6 [Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HELM, DEBORAH PRISE, HEATHER P. RADY, et al., on behalf of themselves and all other employees and former employees similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALDERWOODS GROUP, INC.,<br><br>Defendant. | CASE NO. 3:08-CV-01184 SI<br><br>**[PROPOSED] ORDER CONTINUING HEARING ON RULE 23 CERTIFICATION MOTION** |

Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders as follows:

1. The hearing date for Plaintiffs' Motion for Rule 23 Certification (Docket No. 187), previously set for December 16, 2009 is moved to **December 17, 2009 at 10:00 a.m.**

[PROPOSED] ORDER CONTINUING HEARING ON RULE 23 CERTIFICATION MOTION
1
Case No.: 3:08-CV-01184 SI

1  **IT IS SO ORDERED:**

2

3  _____
   Honorable Susan Illston
4  United States District Court

5  **AGREED TO:**

6  Dated: October 29, 2009

7

8
   By: /s/ J. Nelson Thomas                    By: /s/ John A. Mason
9      J. Nelson Thomas (*pro hac vice*)           Steven H. Gurnee
       Patrick J. Solomon (*pro hac vice*)         Nicholas P. Forestiere
10     Annette Gifford (*pro hac vice*)            John A. Mason
       THOMAS & SOLOMON LLP                        GURNEE & DANIELS LLP
11     693 East Avenue                             2240 Douglas Blvd, Suite 150
       Rochester, NY 14607                         Roseville, CA 95648
12     Telephone: 585-272-0540                     Telephone: 916-797-3100
       Facsimile: 585-272-0574                     Facsimile: 916-797-3131
13
14     Robert M. Bodzin, State Bar No. 201327     Counsel for Defendant
       BURNHAM BROWN
15     P.O. Box 119
       Oakland, CA 94604
16     Telephone: (510) 835-6833
       Facsimile: (510) 835-6666
17

18     Charles H. Saul (*pro hac vice*)
       Liberty J. Weyandt (*pro hac vice*
19     *pending*)
       Kyle T. McGee (*pro hac vice*)
20     MARGOLIS EDELSTEIN
       525 William Penn Place
21     Suite 3300
       Pittsburgh, PA 15219
22     Telephone: 412-281-4256
       Facsimile: 412-642-2380
23
24     Counsel for Plaintiffs

25

26

27

28
   [PROPOSED] ORDER CONTINUING HEARING ON RULE 23 CERTIFICATION MOTION
                                        2

   Case No.: 3:08-CV-01184 SI